UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER PORCARO,

        Plaintiff,

                                                                           Civil Case Number: 06-13834

v.

TD WATERHOUSE INVESTOR SERVICES,      JUDGE PAUL D. BORMAN
INC., DENNIS PARIZEK, DENISE                   MAG. JUDGE STEVEN WHALEN
BRADLEY, R.A. MITCHELL, MONTE                UNITED STATES DISTRICT COURT
SIMONSON, MRS. MARTINEZ AND THE
INTERNAL REVENUE SERVICE,

        Defendants.
_____ /

### ORDER: (1) ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN FAVOR GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION (DOCK. NO. 11); AND (2) DISMISSING PLAINTIFF'S COMPLAINT AGAINST DEFENDANT TD WATERHOUSE WITH PREJUDICE

     Before the Court is Magistrate Judge Whalen's Report and Recommendation in favor of granting Defendant's Motion to Compel Arbitration. The Report and Recommendation was filed on January 10, 2007. No objections to the Report and Recommendation were filed by the parties. Having reviewed that Report and Recommendation, the Court enters as its findings and conclusions the Report and Recommendation granting Defendant's Motion to Compel Arbitration. As a result of this Court's decision to accept the Report and Recommendation, Plaintiff's Complaint against TD Waterhouse is hereby DISMISSED WITH PREJUDICE.

     SO ORDERED.

                                               s/Paul D. Borman
                                             PAUL D. BORMAN
                                             UNITED STATES DISTRICT JUDGE

Dated:  March 1, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 1, 2007.

                                        s/Denise Goodine
                                        Case Manager