UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER PORCARO,

       Plaintiff,

                                Civil Case Number: 06-13834

v.

                                DIST. JUDGE PAUL D. BORMAN

DENNIS PARIZEK, et. al.,         MAG. JUDGE R. STEVEN WHALEN

       Defendants.
_____ /

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN FAVOR OF GRANTING DEFENDANT'S MOTION TO DISMISS (DOCK. NO. 19)

Before the Court is the Magistrate Judge's July 5, 2007 Report and Recommendation in favor of granting Defendant United States' Motion to Dismiss. No objections were filed. Having reviewed that Report and Recommendation, the Court enters as its findings and conclusions the Report and Recommendation GRANTING Defendant United States' Motion to Dismiss.

**SO ORDERED.**

                                          s/Paul D. Borman
                                          PAUL D. BORMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: August 1, 2007

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 1, 2007.

                                          s/Denise Goodine
                                          Case Manager